## LEWIS v. UNITED STATES.
### No. 12009.

United States Court of Appeals,
District of Columbia Circuit.

Argued March 24, 1954.

Decided June 10, 1954.

Mr. Walter E. Gallagher, Washington, D. C., with whom Mr. Myron G. Ehrlich, Washington, D. C., was on the brief, for appellant.

Mr. Lewis A. Carroll, Asst. U. S. Atty., Washington, D. C., with whom Messrs. Leo A. Rover, U. S. Atty., and Kenneth D. Wood and Alexander L. Stevas, Asst. U. S. Attys., Washington, D. C., were on the brief, for appellee.

Before EDGERTON, BAZELON and WASHINGTON, Circuit Judges.

PER CURIAM.

■■ This is an appeal from a decision of the Municipal Court of Appeals, holding that the occupational tax imposed by Chapter 27A of the Internal Revenue Code, 26 U.S.C. § 3290 (1952), on the business of accepting wagers, is constitutional in its application to the District of Columbia. United States v. Lewis, D.C.Mun.App.1953, 100 A.2d 40. That decision is clearly correct, in view of United States v. Kahriger, 345 U.S. 22, 73 S.Ct. 510, 97 L.Ed. 754, rehearing denied, 1953, 345 U.S. 931, 73 S.Ct. 778, 97 L.Ed. 1360. "Of course Congress may tax what it also forbids." United States v. Stafoff, 1923, 260 U.S. 477 at page 480, 43 S.Ct. 197 at page 199, 67 L.Ed. 358.

Affirmed.